IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DARLENE R. REX,

    Plaintiff,

v.                                CASE NO.  4:14cv17-RH/CAS

THE FLORIDA LEGISLATURE,

    Defendant.

_____/

**ORDER DENYING SUMMARY JUDGMENT**

The defendant has moved for summary judgment.  On a summary-judgment motion, factual disputes must be resolved, and all reasonable inferences must be drawn, in favor of the nonmoving party.  The question is whether the moving party is entitled to judgment even when the facts are viewed that way.  Here the answer is no.  This case presents genuine factual disputes that can be resolved only at trial.

This does not mean the issues should not be narrowed under Federal Rule of

Civil Procedure 56(g) or as part of the pretrial process.  This will be addressed at the pretrial conference.

  SO ORDERED on December 27, 2014.

           s/Robert L. Hinkle
           United States District Judge